MARC S. CWIK
Nevada Bar No. 006946
Email: Marc.Cwik@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Defendant Chipman Moving & Storage (Spokane). Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LEE CERVONI dba A.A. JOSEPH, GO! MOVERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPMAN MOVING & STORAGE (SPOKANE). INC., a Washington corporation; DOES I to X, inclusive; and ROES I to X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00164-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff LEE CERVONI dba A.A. JOSEPH, GO! MOVERS. ("Plaintiff") and Defendant CHIPMAN MOVING & STORAGE (SPOKANE), INC. ("Defendant"), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

It is also stipulated that the Court may vacate its Order re: Status Report (ECF No. 9) served upon the parties on July 11, 2022.

IT IS SO STIPULATED.

DATED this 15th day of July, 2022

WILEY PETERSEN

By  /s/ Jason M. Wiley
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
1050 Indigo Drive, Suite 200B
Las Vegas, NV 89145
jwiley@wileypeterselaw.com
rpetersen@wileypeterselaw.com

*Attorneys for Plaintiff Lee Cervoni dba A.A. Jospeh, Go! Movers*

DATED this 15th day of July, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Marc S. Cwik
MARC S. CWIK
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Marc.Cwik@lewisbrisbois.com

*Attorneys for Defendant Chipman Moving & Storage (Spokane). Inc.*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this   15   day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

